### 13716. FARMER v. WHITE SEWING MACHINE COMPANY.

JENKINS, P. J. "There being in the bill of exceptions no exception to any final judgment, but only an exception to a judgment striking the defendant's pleas, no question is presented which this court has jurisdiction to decide. This is true even though there is a recital in the bill of exceptions that the case was finally terminated by a judgment in favor of the plaintiff." *McCranie* v. *Shipp,* 10 Ga. App. 544 (73 S. E. 701); *Simmons* v. *Peagler,* 7 Ga. App. 252 (66 S. E. 629); *Whidden* v. *Merry,* 8 Ga. App. 564 (69 S. E. 1085). See also *Hendricks* v. *Reid,* 125 Ga. 775 (54 S. E. 747); *Newberry* v. *Tenant,* 121 Ga. 561 (49 S. E. 621); *Harrell* v. *Tift,* 70 Ga. 730; *Montgomery* v. *Reynolds,* 124 Ga. 1053 (53 S. E. 512); *Lyndon* v. *Ga. Ry. &c. Co.,* 129 Ga. 353 (3) (58 S. E. 1047); *Merlins* v. *Pritchard,* 135 Ga. 643 (2) (70 S. E. 328); *Roddenbery* v. *Patterson,* 136 Ga. 187 (71 S. E. 138); *Hodges* v. *Citizens Bank,* 146 Ga. 624, 627 (92 S. E. 49). Under the authorities cited, the motion to dismiss by the defendant in error must be sustained.

*Writ of error dismissed. Stephens and Bell, JJ., concur.*

DECIDED FEBRUARY 16, 1923.

Complaint; from city court of Tifton — Judge Price. June 3, 1922.

*Smith & Christian,* for plaintiff in error.

*Fulwood & Hargrett,* contra.